IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| DIRECT GENERAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 14-20050-CIV-COOKE/TORRES |
| v. | ) ) | |
| INDIAN HARBOR INSURANCE COMPANY, HOUSTON CASUALTY COMPANY, and NATIONAL SPECIALTY INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT**
**INDIAN HARBOR INSURANCE COMPANY**

Pursuant to the Court's endorsed order of July 25, 2014, Plaintiff, Direct General Insurance Company ("Direct General"), and Defendant, Indian Harbor Insurance Company ("Indian Harbor"), hereby notify the Court that they have reached a confidential settlement of the claims asserted by Direct General against Indian Harbor.

The parties request that the Court retain jurisdiction until Direct General dismisses its claims against Indian Harbor.  Based on the terms of the parties' settlement agreement, Plaintiff anticipates dismissing its claims against Indian Harbor no later than August 29, 2014.  This settlement between Direct General and Indian Harbor eliminates the need for the Court to rule upon Indian Harbor's Motion to Dismiss for Lack of Jurisdiction (DE 46) and Direct General's Motion for Partial Summary Judgment (DE 60).  Direct General respectfully withdraws its Motion for Partial Summary Judgment.  If the Court would prefer, Direct General will strike or file notice of withdrawal of its Motion for Partial Summary Judgment. While Indian Harbor does not withdraw its Motion to Dismiss for Lack of Jurisdiction, it agrees that the motion is moot due to the settlement agreement between Indian Harbor and Direct General.

This settlement does not resolve Direct General's claims against Houston Casualty Company and National Specialty Insurance Company nor does it resolve the Motion to Dismiss for Lack of Jurisdiction filed by Defendant Houston Casualty Company (DE 48) and the Motion to Dismiss filed by Defendant National Specialty Insurance Company (DE 50), which incorporate the memorandum submitted in support of Indian Harbor's Motion to Dismiss, both of which remain pending.

| | |
|---|---|
| Respectfully submitted,<br><br>Stephen N. Zack<br>Steven W. Davis<br>Boies, Schiller & Flexner LLP<br>100 S.E. 2nd Street<br>Suite #2800<br>Miami, Florida   33131<br>Tel: (305) 539 8400<br>sdavis@bsfllp.com<br>szack@bsfllp.com<br><br><br>By:  /s/ Steven W. Davis<br>     Steven W. Davis<br>     *Attorneys for Plaintiff* | Jonathan A. Constine<br>Troutman Sanders, LLP<br>401 9th Street NW<br>Suite 1000<br>Washington, DC 20004-2134<br>Tel: (202) 274-2950<br>Jonathan.constine@troutmansanders.com<br><br><br><br><br>By:  /s/ Jonathan A. Constine<br>     Jonathan A. Constine<br>     *Attorney for Indian Harbor Insurance Company* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2014, I electronically filed the foregoing with the document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| ***Attorneys for Indian Harbor Insurance Company*** <br> Colleen Ann Hoey <br> Hinshaw & Culbertson, LLP <br> 2525 Ponce de Leon Blvd. <br> Suite 400 <br> Coral Gables, Florida 33134 <br> Tel: 305-358-7747 <br> Fax: 305-577-1063 <br> E-mail: choey@hinshawlaw.com <br><br> Ronald Lee Kammer <br> Hinshaw & Culbertson, LLP <br> 2525 Ponce de Leon Blvd. <br> Suite 400 <br> Coral Gables, Florida 33134 <br> Tel: 305-358-7747 <br> Fax: 305-577-1063 <br> E-mail: rkammer@hinshawlaw.com | ***Attorneys for Houston Casualty Company*** <br> Lionel F. Rivera <br> Mound Cotton Wollan & Greengrass <br> 101 N.E. 3rd Avenue, Suite 1500 <br> Ft. Lauderdale, Florida 33301 <br> Tel: 954-467-5800 <br> Fax: 954-467-5880 <br> E-mail: lrivera@moundcotton.com |
| ***Attorneys for National Insurance Company*** <br> Daniel G. Enriquez <br> Carlton Fields Jorden Burt, P.A. <br> 100 S.E. 2nd Street, Suite 4200 <br> Miami, Florida 33131 <br> Tel: 305-539-7401 <br> Fax: 305-530-0055 <br> E-mail: denriquez@cfjblaw.com <br><br> Steven J. Brodie <br> Carlton Fields Jorden Burt, P.A. <br> 100 S.E. 2nd Street, Suite 4200 <br> Miami, Florida 33131 <br> Tel: 305-539-7401 <br> Fax: 305-530-0055 <br> E-mail: sbrodie@cfjblaw.com | ***Attorney for Direct General Insurance Company*** <br> Katherine J. Henry <br> Bradley Arant Boult Cummings LLP <br> 1615 L Street NW <br> Washington, D.C.   20036 <br> Tel: 202- 719-8244 <br> khenry@babc.com |

/s/ Steven W. Davis