UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 14-20050-CIV-COOKE/TORRES**

DIRECT GENERAL INSURANCE COMPANY

        Plaintiff,

v.

INDIAN HARBOR INSURANCE COMPANY, *et al*,

        Defendants.

_____/

## DEFENDANTS' JOINT MOTION FOR PRETRIAL CONFERENCE

Defendants Houston Casualty Company and National Specialty Insurance Company ("Defendants") hereby jointly move for a Pretrial Conference to be held at the Court's earliest convenience. In support of this Motion, Defendants state the following:

1. This case is "set for trial on the Court's two-week trial period commencing **Monday, June 29, 2015**[,]" with Calendar Call to "be held on **Wednesday, June 24, 2015**[.]" Order Setting Civil Trial Date and Pretrial Deadlines ("Scheduling Order") at ¶ 1 [ECF No. 77].

2. There is currently no Pretrial Conference set in this matter. *Id.* at ¶ 2.

3. The parties are working diligently to prepare this case for trial. There are, however, numerous outstanding issues. For instance, the following are fully briefed and awaiting consideration by the Court:

    a. Defendants' Joint Motion for Summary Judgment (ECF Nos. 119, 127, 132, 139);

    b. Defendants' Joint Motion To Exclude Proposed Testimony of Edward Buthusiem and Stefan Boedeker (ECF Nos. 144, 155, 163);

    c. Defendants' Joint Motion To Exclude Proposed Testimony of Michael L. Averill and Timothy Wicker (ECF Nos. 145, 156, 162);

1

       d.       Defendants' Joint Appeal of Magistrate Judge's Orders on Motion to Compel and Motion for Reconsideration (ECF Nos. 123, 126, 140);

       e.       Plaintiff's Motion for Partial Summary Judgment (ECF Nos. 109, 150, 160, 167); and

       f.       Plaintiff's Motion to Exclude Expert Testimony of Dan A. Bailey (ECF Nos. 146, 157, 159).

4. In addition, based on the parties' preparation of the Joint Pretrial Stipulation (which will be filed with the Court today (May 22, 2015)), it appears that the parties have divergent views on the scope of this matter and the issues to be tried. For example, this case involves over 70,000 underlying insurance claims, and the parties have been unable to reach agreement on the manner in which Plaintiff must present evidence of those approximately 70,000 individual claims. Further, a Pretrial Conference will allow the Court to address the numerous other issues raised by the parties' Joint Pretrial Stipulation, filed today.

5. These issues significantly affect the dimension and scope of the upcoming trial. Receiving rulings and/or guidance from the Court on the above-referenced motions and the relevant issues to be decided, as well as the manner in which this matter would be tried, may obviate the need for a trial and, at the very least, will help the parties to focus their trial preparation in a way that will substantially aid judicial economy in this proceeding.

6. Defendants believe that a pretrial conference should occur at the Court's earliest convenience. The trial period is five weeks away; and, given the number of outstanding issues to resolve, holding a pretrial conference as far in advance of trial as possible will assist the Court and the parties in focusing their preparation for trial.

7. This Motion is brought in good faith and is not interposed for purposes of delay or any other improper purpose and will not cause prejudice to any party or non-party. Additionally,

Defendants certify that the requested Pretrial Conference will not adversely impact any other trial or pretrial deadline.

8. Pursuant to Local Rule 7.1(a)(3), Defendants have conferred with Plaintiff in a good faith effort to resolve the issue raised in this Motion, and Plaintiff has advised that it "does not consent to the relief sought as stated and will advise the Court of Plaintiff's position in response to the motion."

WHEREFORE, Defendants respectfully request that the Court hold a Pretrial Conference in this matter at the Court's earliest convenience.

Respectfully submitted by,

 /s/ *Alexander R. Karam*  
Alexander R. Karam, Esq. (*pro hac vice*)  
akaram@goodwin.com  
Shipman & Goodwin LLP  
1875 K Street, NW, Suite 600  
Washington, DC 20006-1251  
Tel.: (202) 469-7050  
Fax: (202) 469-7051  
akaram@goodwin.com  

Lionel F. Rivera, Esq. (Fla. Bar No. 99795)  
lrivera@moundcotton.com  
Mound Cotton Wollan & Greengrass  
101 N.E. Third Avenue, Suite 1500  
Fort Lauderdale, Florida 33301  
Tel. (954) 467-5800  
Fax (954) 467-5880  

*Counsel for Defendant, Houston Casualty Company*

 /s/ *Thomas Meeks*  
Thomas Meeks (Fla. Bar No. 323314)  
Email: tmeeks@cfjblaw.com  
Steven J. Brodie  (Fla. Bar No. 333069)  
Email: sbrodie@cfjblaw.com  
Jason P. Kairalla  (Fla. Bar No. 594601)  
Email:  jkairalla@cfjblaw.com  
Daniel G. Enriquez  (Fla. Bar No. 85864)  
Email:denriquez@cfjblaw.com  

CARLTON FIELDS JORDEN BURT, PA  
100 SE Second Street - Suite 4200  
Miami, FL 33131  
Telephone No. (305) 530-0050  
Facsimile No.  (305) 530-0055  

*Counsel for Defendant National Specialty Insurance Company*

101073446.2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Thomas Meeks*

**SERVICE LIST**

**Direct General Insurance Company v. Indian Harbor Insurance Company; Houston Casualty Company; and National Specialty Insurance Company**

**CASE NO.: 14-CV-20050**

**United States District Court, Southern District of Florida**

Katherine J. Henry, Esq., *et al.*
Bradley Arant Boult Cummings, LLP
1615 L. Street, NW
Washington, DC 20036
Tel. (202) 719-8244
Fax (202 719-8344

*Counsel for Plaintiff,*
*Direct General Insurance Company*

(via Notice of Electronic Filing)

Steven Wayne Davis, Esq.
Stephen N. Zack, Esq.
Boies, Schiller & Flexner LLP
100 S.E. 2nd Avenue, Suite 2800
Miami, FL 33131
Tel.  (305) 539-8400
Fax  (305) 539-1307

*Counsel for Plaintiff,*
*Direct General Insurance Company*

(via Notice of Electronic Filing)

101073446.2